UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL CANEZ,<br><br>          Plaintiff,<br><br>     v.<br><br>JAMES PETRUCELI, KOJO H. MOORE, and KELLY SMITH,<br><br>          Defendants. | 1:14-cv-01887 ---GSA<br><br>**ORDER GRANTING IN FORMA PAUPERIS APPLICATION**<br><br>**ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY FRESNO COUNTY JAIL**<br><br>**(Doc. 2)** |

Plaintiff Manuel Canez ("Plaintiff"), proceeding pro se while incarcerated in Fresno County Jail, has filed a complaint in this action along with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (Docs. 1, 2).

Regarding his application to proceed in forma pauperis, Plaintiff has made the requisite showing under 28 U.S.C. § 1915(a). Accordingly, his application to proceed in forma pauperis is GRANTED. However, pursuant to 28 U.S.C. § 1915(b)(1), Plaintiff remains obligated to pay the statutory filing fee of $350.00 for this action when funds exist in his inmate trust account at Fresno County Jail. Accordingly, Plaintiff shall make monthly payments in the amount of twenty percent (20%) of the preceding month's income credited to his trust account. 28 U.S.C. §

1

1915(b)(2). The Fresno County Sheriff, or her designee, is required to send payments from Plaintiff's trust account to the Clerk of this Court each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

As to the status of his complaint, Plaintiff is advised that pursuant to 28 U.S.C. § 1915(e)(2), the court must conduct an initial review of every pro se complaint to determine whether it is legally sufficient under the applicable pleading standards. The court must dismiss a complaint, or portion thereof, if the court determines that the complaint is legally frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2). If the court determines that the complaint fails to state a claim, leave to amend may be granted to the extent that the deficiencies in the complaint can be cured by amendment. Plaintiff's complaint will be screened in due course.

## **ORDER**

IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma pauperis is GRANTED;

2. The Fresno County Sheriff, or her designee, **shall** collect payments from Plaintiff's trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to the trust account, and, each time the amount in the account exceeds $10.00, forward those payments to the Clerk of this Court in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court. The payments shall be clearly identified by the name and number assigned to this action;

3. The Clerk of the Court is directed to serve a copy of this order and a copy of Plaintiff's in forma pauperis application on the Fresno County Sheriff (or her designee) via the Court's electronic filing system (CM/ECF);

4. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California, Fresno Division; and

5.  Within sixty (60) days of the date of service of this order, Plaintiff shall submit a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of the complaint.

IT IS SO ORDERED.

Dated: __**December 19, 2014**__                    _____/s/ Gary S. Austin__
                                                                        UNITED STATES MAGISTRATE JUDGE

3